**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

**v.**                              **Case No. 4:20-cr-00200 KGB**

**TYRONE SANDERS**                                         **DEFENDANT**

**ORDER**

Pending before the Court is a request from the United States Probation Office to dispose of property seized from defendant Tyrone Sanders. Attached hereto is the Defendant/Offender Property Disposal Overview prepared by the United States Probation Office. The items to be disposed are an Apple iPhone (black and blue), Unknown IMEI, and an Apple iPod (white and pink), IMEI: 3583690673YoY78 ("cell phones"). Sanders is currently in custody of the Federal Bureau of Prisons.

For good cause shown, the Court grants the request in accordance with procedures outlined in 41 C.F.R. part 102-41 and the *Guide to Judiciary Policy*. The cell phones are to be released to the appropriate federal, state, or local law enforcement agency for disposal or otherwise appropriately destroyed by the United States Probation Office.

It is so ordered this 13th day of May, 2026.

_____
Kristine G. Baker
Chief United States District Judge



# Defendant/Offender Property Disposal Overview

This form provides an overview of the person under supervision's status, property seized by the U.S. Probation Office, and Court action taken.

## Person Under Supervision: Tyrone Sanders

**Case Number:** 4:20CR00200-KGB-1      Transportation of Child Pornography

**Type of Supervision:**   Pretrial

**Status:** Completed pretrial supervision due to adjudication. Currently in BOP custody.

**Sentence Date:** May 15, 2025  (Voluntary surrender June 30, 2025)

**Imposition of Sentence:** 60 months BOP, 5 years TSR.

## Reason for Seizure:

On September 2, 2021, during personal contact at Mr. Sanders' residence, Mr. Sanders possessed an unauthorized cell phone that was seized from the defendant due to being in violation of the conditions of his pretrial release.

On October 30, 2023, during personal contact at Mr. Sanders' residence, Mr. Sanders possessed an unauthorized cell phone that was seized from the defendant due to being in violation of the conditions of his pretrial release.

### Item(s) Seized: (1) Apple iPhone (black and blue), Unknown IMEI
(1) Apple iPhone (white and pink), IMEI 3583690673Y0Y78

*Mr. Sanders requests for both phones to be released to his brother, Tyree Sanders.

**Forensic analysis was not conducted on these phones; therefore, it is unknown what information the phones contain.

## Court Action:

On September 9, 2021, Mr. Sanders appeared before the Honorable J. Thomas Ray for a bond revocation hearing in which Judge J. Thomas Ray denied the motion to revoke pretrial release.

On December 11, 2023, Mr. Sanders appeared before the Honorable Edie Ervin for a bond revocation hearing. The parties presented a proposal to modify the defendant's conditions of pretrial release in lieu of revocation. The Court agreed to the proposal and modified the defendant's conditions of release regarding electronic devices with internet capability.

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

## NOTICE OF DESTRUCTION OF SEIZED PROPERTY

I, <u>Tyrone Sanders</u>, acknowledge that I have been advised by <u>Alison Scifres</u>

(Defendant)                                                                (U.S. Probation Officer)

that the property seized on <u>October 30</u>, 20<u>23</u>, will be destroyed unless I notify the U.S. Probation Office in writing within ten (10) business days of receipt of this notice that I plan to retrieve the item(s) after my term of supervision expires or have the item(s) released to a designee.

_____
(U.S. Probation Officer)

Request relesis
to brother
Tyree Sanders
501-504-3337

Tyrone Sanders
(Defendant)

_____
6/10/25
(Date)

Property Description:

| 1-IPhone |
| --- |
| |

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

## NOTICE OF DESTRUCTION OF SEIZED PROPERTY

I, <u>Tyrone Sanders</u>, acknowledge that I have been advised by <u>Alison Scifres</u>
(Defendant)                                                                  (U.S. Probation Officer)

that the property seized on <u>September 2</u>, 20<u>21</u>, will be destroyed unless I notify the U.S. Probation Office in writing within ten (10) business days of receipt of this notice that I plan to retrieve the item(s) after my term of supervision expires or have the item(s) released to a designee.

_____
(U.S. Probation Officer)

Request release
to brother
Tyree Sanders.

Tyrone Sanders
(Defendant)

6/10/25
(Date)

Property Description:

1-IPhone